**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARMON FOODSERVICE TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-01491-SPM |
| v. | ) | |
| DUKE MANUFACTURING CO., | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

Defendant Duke Manufacturing Co., by and through its undersigned counsel, served its Rule 26(a)(1) Initial Disclosures to Plaintiff Marmon Foodservice Technologies, Inc. by electronic mail on its counsel of record on August 21, 2026.

Respectfully submitted,

STINSON LLP

By: */s/ David R. Barnard*

David R. Barnard, #47127MO
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone (816) 691-2608
Telefax (816) 412-1017
Email: david.barnard@stinson.com

B. Scott Eidson, #57757MO
Julie Scheipeter, #65978MO
Zachary T. Buchheit, #71816MO
Jacob R. Schlueter, #73929MO
Ausitn C. Diehl, #75528MO
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone (314) 863-0800
Telefax (314) 863-9388
Email: scott.eidson@stinson.com
julie.scheipeter@stinson.com
zachary.buchheit@stinson.com

jacob.schlueter@stinson.com
austin.diehl@stinson.com

**ATTORNEYS FOR DUKE MANUFACTURING CO.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2026, a copy of the above and foregoing was filed via the CM/ECF e-filing system giving notice to all parties and counsel of record.

By: */s/ David R. Barnard*
Attorneys for Defendant